JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY COLTHARP, an individual, EDITH FRAZIER, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LARRY HERRERA, in only his official capacity as City Clerk for the City of Long Beach, and DOES 1-5,<br><br>　　　　　Defendant. | Case No.: CV13-3263 AB (FFMx)<br><br>Honorable Andre Birotte, Jr.<br>Courtroom 790<br><br>**[~~PROPOSED~~] JUDGMENT ON DEFENDANT, LARRY HERRERA'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　December 8, 2014<br>Time:　　10:00 a.m.<br>Ctrm.:　　790<br><br>Complaint File: May 16, 2013<br>Trial Date:　　Not Scheduled |

　　　Defendant's Motion for Summary Judgment, pursuant to Fed. R. Civ. P., Rule 56, came on regularly for hearing on December 8, 2014, at 10:00 a.m., in Courtroom 790 of the above-entitled court.

　　　After considering the papers filed in support of the motion, including the Separate Statement of Undisputed Material Facts and Supporting Evidence, the opposition and Statement of Disputed Material Facts, and the reply thereto, and the oral argument of counsel, the court finds that there exists no triable issue of material

1  fact requiring the weighing process of the jury, and that the Defendant is entitled to
2  a judgment as a matter of law.  The Court ordered that Defendant's Motion for
3  Summary Judgment is GRANTED.
4       Accordingly, the Court now orders that judgment be issued in Defendant's
5  favor, with costs and attorney's fees to be awarded pursuant to a timely filed
6  memorandum of costs and motion for attorney's fees.

8  **IT IS SO ORDERED.**

10  DATED:  December 30, 2014

_____
HON. ANDRÉ BIROTTE JR.
Judge of the U.S. District Court